UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV21-3713-RSWL(DFMx) | Date | March 22, 2022 |
|---|---|---|---|
| Title | *NOVELTY TEXTILE, INC. v. AMAZON.COM, INC.; ET AL.* | | |

| Present: The Honorable | Ronald S.W. Lew, Senior, U.S. District Court Judge |
|---|---|
| Catherine Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **April 11, 2022**, why this action should not be dismissed for lack of prosecution **as to defendants LA DESIGNER CLOTHING dba ISAAC LIEV; FRESHLOOK LLC; FREE STREET MARKETING, LLC dba NICEHINEY.COM; and SPORTSONGOING.COM, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and and amended complaint on **defendants LA DESIGNER CLOTHING dba ISAAC LIEV; FRESHLOOK LLC; FREE STREET MARKETING, LLC dba NICEHINEY.COM;** and **SPORTSONGOING.COM** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |